**FILED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
Deputy

iegoIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: EP:26-CR-01691-KC** |
| | § | |
| Plaintiff, | § | **I N D I C T M E N T** |
| | § | |
| v. | § | **CT 1: 21:846 & 841(a)(1) - Conspiracy to** |
| | § | **Possess a Controlled Substance with** |
| | § | **Intent to Distribute; and** |
| DIEGO YAHIR GARCIA, | § | |
| | § | **CT 2: 21:841(a)(1)-Possession with Intent** |
| Defendant. | § | **to Distribute a Controlled Substance.** |
| | § | |
| | § | |
| | § | |

THE GRAND JURY CHARGES:

## COUNT ONE

That on or about June 11, 2026, in the Western District of Texas, the Defendant,

**DIEGO YAHIR GARCIA,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and the quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl) involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide (otherwise known as fentanyl),  all in violation of Title 21, United States Code, Section 846, 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT TWO

That on or about June 11, 2026, in the Western District of Texas, the Defendant,

### DIEGO YAHIR GARCIA,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
        Assistant U.S. Attorney

2